# EXIBIT C

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 86771389**
**Filing Date: 09/28/2015**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86771389 |
| MARK INFORMATION | |
| *MARK | AdirMed |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | AdirMed |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Tiger Supplies Inc. |
| *STREET | 27 Selvage St. |
| *CITY | Irvington |
| *STATE (Required for U.S. applicants) | New Jersey |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 07111 |
| PHONE | 973-854-8608 |
| EMAIL ADDRESS | herman@tigersupplies.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | New Jersey |

| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
|---|---|
| INTERNATIONAL CLASS | |
| *IDENTIFICATION | Medical equipment and supplies |
| FILING BASIS | SECTION 1(a) |
|     FIRST USE ANYWHERE DATE | At least as early as 01/01/2014 |
|     FIRST USE IN COMMERCE DATE | At least as early as 01/01/2014 |
|     SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT16\867\713\86771389\xml1\ RFA0003.JPG |
|     SPECIMEN DESCRIPTION | Photograph of goods |
| CORRESPONDENCE INFORMATION | |
| NAME | Herman Goldberger |
| STREET | 27 Selvage St. |
| CITY | Irvington |
| STATE | New Jersey |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 07111 |
| PHONE | 973-854-8608 |
| *EMAIL ADDRESS | herman@tigersupplies.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Herman Goldberger/ |
| SIGNATORY'S NAME | Herman Goldberger |
| SIGNATORY'S POSITION | CEO |
| SIGNATORY'S PHONE NUMBER | 973-854-8608 |

| **DATE SIGNED** | 09/24/2015 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

Serial Number: 86771389
Filing Date: 09/28/2015

## To the Commissioner for Trademarks:

**MARK:** AdirMed (Standard Characters, see mark)
The literal element of the mark consists of AdirMed.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Tiger Supplies Inc., a corporation of New Jersey, having an address of
    27 Selvage St.
    Irvington, New Jersey 07111
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class _____: Medical equipment and supplies

In International Class _____, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/01/2014, and first used in commerce at least as early as 01/01/2014, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of goods.
Specimen File1

The applicant's current Correspondence Information:
    Herman Goldberger
    27 Selvage St.
    Irvington, New Jersey 07111
    973-854-8608(phone)
    herman@tigersupplies.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Herman Goldberger/   Date: 09/24/2015
Signatory's Name: Herman Goldberger
Signatory's Position: CEO
RAM Sale Number: 86771389
RAM Accounting Date: 09/29/2015

Serial Number: 86771389
Internet Transmission Date: Mon Sep 28 20:22:20 EDT 2015
TEAS Stamp: USPTO/BAS-XX.XX.XX.XXX-20150928202220412
955-86771389-540f3c0482adbb7b17f4eb9daa0
f05953015278f30590395d689b64b0e8e1e6c7-C
C-8192-20150921185535052334

# AdirMed

